IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NITETEK LICENSING LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HILLSTONE NETWORKS CORP., )<br>)<br>Defendant. )<br>) | C.A. No. 21-789-MN |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by and between Nitetek Licensing LLC and Defendant Hillstone Networks Corp. ("Hillstone"), through their undersigned counsel and subject to the approval of the Court, that the time for Hillstone to answer, move, or otherwise respond to the Complaint in this action (D.I. 1) is hereby extended to and including August 30, 2021.

| | |
|---|---|
| GAWTHROP GREENWOOD, PC | YOUNG CONAWAY STARGATT<br>    & TAYLOR, LLP |
| /s/ David W. deBruin | /s/ Robert M. Vrana |
| David W. deBruin (No. 4846)<br>3711 Kennett Pike, Suite 100<br>Wilmington, DE  19807<br>(302) 777-5353<br>ddebruin@gawthrop.com | Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>(302) 571-6600<br>rvrana@ycst.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated:  June 29, 2021 | |

SO ORDERED this ___ day of _____, 2021.

_____
United States District Judge