IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NITETEK LICENSING LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HILLSTONE NETWORKS CORP.,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 21-789-MN<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S MOTION TO DISMISS

Defendant Hillstone Networks Corp. hereby moves for an order dismissing Plaintiff Nitetek Licensing Corp.'s claims with prejudice. The grounds for this Motion are set forth fully in Hillstone's Opening Brief filed herewith.

OF COUNSEL:
Amy K. Van Zant
Jason K. Yu
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025-1015
Telephone: (650)-614-7400
avanzant@orrick.com
jasonyu@orrick.com

Dated: August 30, 2021

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

 /s/ Robert M. Vrana
Elena C. Norman (No. 4780)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
enorman@ycst.com
rvrana@ycst.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Robert M. Vrana, Esquire, hereby certify that on August 30, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to all registered participants.

I further certify that on August 30, 2021, I caused the foregoing document to be served by e-mail on the following counsel of record:

>David W. deBruin
>GAWTHROP GREENWOOD, PC
>3711 Kennett Pike, Suite 100
>Wilmington, DE 19807
>ddebruin@gawthrop.com
>
>*Attorneys for Plaintiff*

| | |
|---|---|
| Dated: August 30, 2021 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | /s/ *Robert M. Vrana* |
| | Elena C. Norman (No. 4780) |
| | Robert M. Vrana (No. 5666) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, DE 19801 |
| | (302) 571-6600 |
| | enorman@ycst.com |
| | rvrana@ycst.com |
| | |
| | *Attorneys for Defendant* |

28539065.1