IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NITETEK LICENSING LLC,<br><br>           Plaintiff,<br><br>v.<br><br>HILLSTONE NETWORKS CORP.,<br><br>           Defendant. | C.A. No. 21-789-MN |

**[PROPOSED] ORDER**

WHEREAS, Defendant in the above-captioned action has moved to dismiss Plaintiff's Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) and 35 U.S.C. § 101 (the "Motion"); and

WHEREAS, the Court has considered the Motion and any opposition thereto;

IT IS HEREBY ORDERED this _____ day of _____, 2021 that the Motion is **GRANTED**.

_____
The Honorable Maryellen Noreika
United States District Judge