IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NITETEK LICENSING LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HILLSTONE NETWORKS CORP.,<br><br>　　　　　Defendant. | C.A. No. 21-789-MN |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Nitetek Licensing LLC and Defendant Hillstone Networks Corp. hereby stipulate and agree that the above-captioned action, including all claims, counterclaims, and affirmative defenses, is hereby dismissed with prejudice, and without costs, disbursements, or attorneys' fees to any party.

| GAWTHROP GREENWOOD, PC | YOUNG CONAWAY STARGATT<br>　& TAYLOR, LLP |
|---|---|
| /s/ David W. deBruin | /s/ Robert M. Vrana |
| David W. deBruin (No. 4846)<br>3711 Kennett Pike, Suite 100<br>Wilmington, DE  19807<br>(302) 777-5353<br>ddebruin@gawthrop.com | Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>(302) 571-6600<br>rvrana@ycst.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated:  September 13, 2021

　　　　　SO ORDERED this ___ day of _____, 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Judge