IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NITETEK LICENSING LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 21-789-MN |
| HILLSTONE NETWORKS CORP., | ) ) |
| Defendant. | ) ) |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Nitetek Licensing LLC and Defendant Hillstone Networks Corp. hereby stipulate and agree that the above-captioned action, including all claims, counterclaims, and affirmative defenses, is hereby dismissed with prejudice, and without costs, disbursements, or attorneys' fees to any party.

| GAWTHROP GREENWOOD, PC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ David W. deBruin | /s/ Robert M. Vrana |
| David W. deBruin (No. 4846) | Robert M. Vrana (No. 5666) |
| 3711 Kennett Pike, Suite 100 | Rodney Square |
| Wilmington, DE 19807 | 1000 North King Street |
| (302) 777-5353 | Wilmington, DE 19801 |
| ddebruin@gawthrop.com | (302) 571-6600 |
| | rvrana@ycst.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated: September 13, 2021 | |

SO ORDERED this 14th day of September 2021.

_____
The Honorable Maryellen Noreika
United States District Judge